United States District Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **MATTHEW E. ORSO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Misc. Action No. 6:20-MC-00008 |
| | § | |
| **MARIANNE HAMBY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the August 6, 2021 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Jason B. Libby. (Dkt. No. 20). Magistrate Judge Libby recommends that the Court deny *pro se* Defendant Marianne Hamby's construed Motions for Reconsideration. (Dkt. No. 4); (Dkt. No. 10).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed objections. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order. The Court **DENIES** Hamby's Motions for Reconsideration. (Dkt. No. 4); (Dkt. No. 10).

It is SO ORDERED.

2

Signed on October 18, 2021.

                                                    **DREW B. TIPTON**
                                          **UNITED STATES DISTRICT JUDGE**